AO ___          Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG 821 |
| **V.** | |
| Scott, Jasmine Ariel | Case Number: 4:19-cr-00117-11-BRW |
| | USM Number: 32829-009 |
| **Date of Original Judgment:** 2/09/2023 | Toney Brasuell |
| **(Or Date of Last Amended Judgment)** | Defendant's Attorney at Sentencing |

Upon motion of ☐ the defendant   ☐ the Director of the Bureau of Prisons   X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.
X GRANTED and the defendant's previously imposed sentence of imprisonment of 60_____ months is reduced to 51 months_____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to Departure/Variance/Rule 35): 26_____          Amended Offense Level: 24_____
          Criminal History Category: I_____          Criminal History Category: I_____
Previous Guideline Range: 63_____ to 78_____ months          Amended Guideline Range: 51_____ to 63_____ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____ .

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated 2/09/2023 shall remain in effect.

**IT IS SO ORDERED.**

11/16/23_____          ___Billy Roy Wilson_____
Order Date          Signature of Judge

February 1, 2024_____          U.S. District Judge Billy Roy Wilson
Effective Date (if delayed)          Name and Title of Judge